[No. 44485-9-I.   Division One.   April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO RUELOS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00370-1, Thomas J. Wynne, J., entered March 31, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44974-5-I.   Division One.   April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN D. HAYNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00852-7, Patricia H. Aitken, J., entered June 14, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Baker and Ellington, JJ.

[No. 45342-4-I.   Division One.   April 23, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. EDDIE LEE LEWIS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08475-4, Michael Hayden, J., entered October 4, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 45461-7-I.   Division One.   April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARON L. STONE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01697-0, Gerald L. Knight, J., entered September 3, 1999. *Affirmed* by unpublished per curiam opinion.